ORIGINAL
CTJ

Case: 19-11004   Document: 00515604717   Page: 1   Date Filed: 10/16/2020
Case 4:12-cr-00071-A   Document 49   Filed 10/16/20   Page 1 of 1   PageID 214

FILED
October 16, 2020
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
# for the Fifth Circuit

---

No. 19-11004

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

KIMBERLY NICOLE SEVENER,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:12-CR-71-1-A

---

Before HIGGINBOTHAM, SMITH, and OLDHAM, *Circuit Judges*.

PER CURIAM:

  IT IS ORDERED that appellee's motion for limited remand for additional findings or ruling on appellant's Section 3582(c)(2) motion is GRANTED.

  IT IS FURTHER ORDERED that the appellee's alternative motion for an extension to file its brief is DENIED as moot.