IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:12-CR-071-A |
| | § | |
| KIMBERLY NICOLE SEVENER | § | |

ORDER

In accordance with the order of the United States Court of Appeals for the Fifth Circuit, this case has been remanded for a determination of whether defendant, Kimberly Nicole Sevener, is entitled to a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 782 to the sentencing guidelines drug-quantity table. Accordingly,

The court DIRECTS the probation officer to prepare and submit by October 30, 2020, a worksheet that will assist the court in determining whether defendant qualifies for and should receive a reduction in sentence under § 3582(c)(2).

The court ORDERS that defendant and the government each file by November 13, 2020, whatever response may be appropriate.

SIGNED October 16, 2020.

JOHN McBRYDE
United States District Judge